# DECISIONS COURT OF APPEAL.

## Parish of Orleans.

### No. 4344.

(Court of Appeal, Parish of Orleans.)

HENRY BLOCK CO., LTD. VS. JOSEPH PAPANIA.

Appeal from Civil District Court, Division "D."

G. Lemle and I. R. Saal, for Plaintiff and Appellant.

A. J. Rossi and Theo. Cotonio, for Defendant and Appellant.

ESTOPINÂL, J. In accordance with the mandate directed to this Court by the Supreme Court reversing our judgment herein and remanding the cause to this Court for further proceedings according to law.

It is ordered, adjudged and decreed that so much of the judgment of the lower Court as maintains the plea of prescription, is overruled and set aside and the cause is remanded for further proceedings as to the items covered by said plea of prescription, leaving in force the judgment rendered for the balance of the claim, defendant to pay costs of both Courts.